IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AMALIA FASANO and NICOLA FASANO, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -against- | : **NOTICE OF MOTION TO ADMIT J. AARON CRAIG PRO HAC VICE** |
| | : |
| TYCO HEALTHCARE GROUP LP d/b/a COVIDIEN; SOFRADIM PRODUCTION SAS; and John Does 1-50, | : Case No.: 1:13-cv-03083 (ENV) (RER) |
| | : |
| Defendants. | : |
| | :: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of William E. Vita, Esq., sworn to on September 29, 2014, the affidavit of J. Aaron Craig, sworn to on September 8, 2014 and the exhibit thereto, and upon all pleadings and proceedings herein, defendant Covidien, LP will move this Court before the Honorable Ramon E. Reyes, Jr., U.S. District Court Judge, at the Courthouse located at 225 Cadman Plaza East, Room N208, Brooklyn, New York 11201, on the 20th day of October, 2014 at 10:00 am. or as soon thereafter as counsel can be heard, for an Order pursuant to Civil Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York: admitting J. Aaron Craig of the law firm of Shook Hardy & Bacon LLP, for all purposes, to practice in the above-referenced case.

**PLEASE TAKE FURTHER NOTICE**, that opposition affidavits, if any, must be served on or before October 13, 2014.

Dated: Uniondale, New York
      September 29, 2014

                      Respectfully submitted,

                      WESTERMAN BALL EDERER MILLER
                      ZUCKER & SHARFSTEIN, LLP

                      By_____
                          William E. Vita
                          1201 RXR Plaza
                          Uniondale, N.Y. 11556
                          Phone: (515)622-9200

                      **ATTORNEYS FOR DEFENDANT
                      COVIDIEN LP**